UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-8557 FMO (MAAx) | Date | January 14, 2019 |
|---|---|---|---|
| Title | Bruce Dwain Copeland v. California Department of Insurance, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Service

On October 4, 2018, plaintiff filed his complaint against numerous defendants. (See Dkt. 1). On December 21, 2018, the court issued an Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution for failure to complete service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure. (See Dkt. 19, Court's Order of December 21, 2018 (OSC)). The OSC noted that it appeared that no defendant had answered or filed a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure by the deadline set forth in Rule 12(a). (See id.). The OSC directed plaintiff to show cause by January 2, 2019, why this action should not be dismissed for lack of prosecution. (See id.). Plaintiff did not file any response to the Court's Order to Show Cause. (See, generally, Dkt.).

Absent a showing of good cause, an action or party must be dismissed without prejudice if the summons and complaint is not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Given plaintiff's pro se status, the court will grant plaintiff one final opportunity to serve defendants.

Based on the foregoing, IT IS ORDERED THAT:

1. No later than **February 11, 2019**, plaintiff shall file proofs of service reflecting valid service of process on defendants.

2. Plaintiff is admonished that failure to file proofs of service by the February 11, 2019, deadline will result in this action or any unserved defendants being dismissed without prejudice for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

| | Initials of Preparer | vdr |
|---|---|---|