JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRUCE DWAIN COPELAND, | ) | Case No. CV 18-8557 FMO (MAAx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF INSURANCE, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 7th day of June, 2019.

/s/
Fernando M. Olguin
United States District Judge